IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **(01) DEJUAN TYRONE PARKER**, <br> [DOB: 03-15-1987], <br><br> **(02) TREASURE LASHANE WHITE**, <br> [DOB: 08-29-1995], <br><br> **(03) FERNANDO GARCIA**, <br> [DOB: 09-23-1983], <br><br> **(04) MICHAEL MORTEZ STEVENSON, JR.**, <br> [DOB: 03-18-1991], <br><br> **(05) STEVEN PATRICK O'CONNELL**, <br> [DOB: 10-28-1961], <br><br> **(06) RICHARD ALLEN THOMAS**, <br> [DOB: 09-13-1982], <br><br> **(07) HEATH TROY BLANTON**, <br> [DOB: 08-11-1982], <br><br> **(08) RONALD JAMES WHITE**, <br> [DOB: 08-05-1989], <br><br> **(09) DEVON JORDAN PAXTON**, <br> [DOB: 06-24-1996], <br><br> **(10) BRIAN EDWARD DAVIDSON**, <br> [DOB: 08-13-1980], <br><br> **(11) ROBERT DEAN MILLER, JR.**, <br> [DOB: 12-18-1982], <br><br> **(12) JEFFREY DAVID JONES**, <br> [DOB: 07-03-1976], | No. 24-03065-01/17-CR-S-SRB <br><br> **COUNT 1** <br> 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 846 <br> NLT 10 Years Imprisonment <br> NMT Life Imprisonment <br> NMT $10,000,000 Fine <br> NLT 5 Years Supervised Release <br> Class A Felony <br><br> **COUNT 2** <br> 18 U.S.C. § 1956(a) and (h) <br> NMT 20 Years Imprisonment <br> NMT $500,000 Fine <br> NMT 3 Years Supervised Release <br> Class C Felony <br><br> **COUNTS 3, 9, 12, 16** <br> 21 U.S.C. § 841(a)(1) and (b)(1)(C) <br> NMT 20 Years Imprisonment <br> NMT $1,000,000 Fine <br> NLT 3 Years Supervised Release <br> Class C Felony <br><br> **COUNTS 4, 7, 38** <br> 21 U.S.C. § 841(a)(1) and (b)(1)(A) <br> 18 U.S.C. § 2 <br> NLT 10 Years Imprisonment <br> NMT Life Imprisonment <br> NMT $10,000,000 Fine <br> NLT 5 Years Supervised Release <br> Class A Felony <br><br> **COUNTS 5, 8, 10** <br> 21 U.S.C. § 841(a)(1) and (b)(1)(B) <br> NLT 5 Years Imprisonment <br> NMT 40 Years Imprisonment <br> NMT $5,000,000 Fine <br> NLT 4 Years Supervised Release <br> Class B Felony |

**(13) CASSIDY ELDEN CONNER**,
[DOB: 09-02-1989],

**(14) DESHAUNDA NICOLE WELLS**,
[DOB: 12-14-1989],

**(15) SHAUNTANONEY DAVIS**,
[DOB: 03-03-1998],

**(16) DAWN MARIE KLAPP**,
[DOB: 10-01-1978],

and

**(17) VICTORIA MARIE JENKINS**,
[DOB: 08-18-2000],

Defendants.

**Defendants/Counts:**
(01) Parker: 1, 2, 15, 17-24, 27-34, 36-38
(02) T. White: 1, 2, 37, 38
(03) Garcia: 1, 2, 19-21, 33, 34
(04) Stevenson: 1, 2, 4-6
(05) O'Connell: 1, 2, 18, 24, 29, 36
(06) Thomas: 1, 2, 8, 10, 11, 31, 35
(07) Blanton: 1, 2, 9, 30, 32
(08) R. White: 1, 2, 4
(09) Paxton: 1-3, 12-14
(10) Davidson: 1, 25
(11) Miller: 1, 2, 22, 23
(12) Jones: 1, 7, 16
(13) Conner: 1, 7
(14) Wells: 1, 2
(15) Davis: 1, 2, 27, 28
(16) Klapp: 1, 26
(17) Jenkins: 2, 19, 20, 21, 33, 34
**All Defendants Charged in Count 1: FA**

**COUNTS 6, 13**
18 U.S.C. § 924(c)(1)(A)
NLT 5 Years Imprisonment
(Consecutive to All Counts)
NMT Life Imprisonment
NMT $250,000 Fine
NMT 5 Years Supervised Release
Class A Felony

**COUNTS 11, 15, 17, 25, 35**
21 U.S.C. § 841(a)(1) and (b)(1)(A)
NLT 10 Years Imprisonment
NMT Life Imprisonment
NMT $10,000,000 Fine
NLT 5 Years Supervised Release
Class A Felony

**COUNTS 14, 26**
18 U.S.C. §§ 922(g)(1) and 924(a)(8)
NMT 15 Years Imprisonment
NMT $250,000 Fine
NMT 3 Years Supervised Release
Class C Felony

**COUNTS 18, 22, 23, 24, 28, 29, 30, 31, 32, 36**
21 U.S.C. § 843(b)
NMT 4 Years Imprisonment
NMT $250,000 Fine
NMT 1 Year Supervised Release
Class E Felony

**COUNTS 19, 20, 21, 33, 34**
18 U.S.C. § 1956(a)(1)(B)(i)
18 U.S.C. § 2
NMT 20 Years Imprisonment
NMT $500,000 Fine
NMT 3 Years Supervised Release
Class C Felony

**COUNTS 27, 37**
18 U.S.C. § 1952(a)(3)(A)
NMT 5 Years Imprisonment
NMT $250,000 Fine
NMT 3 Years Supervised Release
Class D Felony

2

# S U P E R S E D I N G   I N D I C T M E N T

**THE GRAND JURY CHARGES THAT**:

### COUNT 1
(Conspiracy to Distribute 50 Grams or More of Methamphetamine (Actual))
21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 846

Beginning on an unknown date, but at least as early as April 1, 2022, and continuing to on or about May 10, 2024, said dates being approximate, in Greene, Jasper, Taney, Polk, Dallas, and Christian Counties, in the Western District of Missouri, and elsewhere, the defendants, **DEJUAN TYRONE PARKER**, **TREASURE LASHANE WHITE**, **FERNANDO GARCIA**, **MICHAEL MORTEZ STEVENSON, JR.**, **STEVEN PATRICK O'CONNELL**, **RICHARD ALLEN THOMAS**, **HEATH TROY BLANTON**, **RONALD JAMES WHITE**, **DEVON JORDAN PAXTON**, **BRIAN EDWARD DAVIDSON**, **ROBERT DEAN MILLER, JR.**, **JEFFREY DAVID JONES**, **CASSIDY ELDEN CONNER**, **DESHAUNDA NICOLE WELLS**, **SHAUNTANONEY DAVIS**, and **DAWN MARIE KLAPP**, knowingly and intentionally conspired and agreed with each other and with others, known and unknown to the Grand Jury, to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A), all in violation of Title 21, United States Code, Section 846.

### COUNT 2
(Conspiracy to Commit Money Laundering)
18 U.S.C. § 1956(a)(1)(A)(i), (a)(1)(B)(i), and (h)

Beginning on an unknown date, but at least as early as April 1, 2022, and continuing through at least May 10, 2024, said dates being approximate, in the Western District of Missouri,

and elsewhere, the defendants, **DEJUAN TYRONE PARKER**, **TREASURE LASHANE WHITE**, **FERNANDO GARCIA**, **MICHAEL MORTEZ STEVENSON, JR.**, **STEVEN PATRICK O'CONNELL**, **RICHARD ALLEN THOMAS**, **HEATH TROY BLANTON**, **RONALD JAMES WHITE**, **DEVON JORDAN PAXTON**, **ROBERT DEAN MILLER, JR.**, **DESHAUNDA NICOLE WELLS**, **SHAUNTANONEY DAVIS**, and **VICTORIA MARIE JENKINS**, knowingly and intentionally conspired and agreed with each other and with others known and unknown to the Grand Jury, to commit offenses against the United States, in violation of Title 18, United States Code, Section 1956, in that they conducted or attempted to conduct financial transactions affecting interstate commerce, said transactions involving the proceeds of specified unlawful activity, to wit: conspiracy to distribute, possession with intent to distribute, and distribution of a controlled substance, in violation of Title 21, United States Code, Section 846 and 841(a), and did so (1) with the intent to promote the carrying on of specified unlawful activity; and/or (2) knowing that the transactions were designed, in whole or in part, to conceal or disguise the nature, location, source, ownership, or control of the proceeds of said specified unlawful activity, and while conducting or attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and (a)(1)(B)(i), all in violation of Title 18, United States Code, Section 1956(h).

### COUNT 3
(Possession with Intent to Distribute Any Amount of a Mixture or Substance
Containing a Detectable Amount of Methamphetamine)
21 U.S.C. § 841(a)(1) and (b)(1)(C)

On or about January 26, 2023, in Greene County, in the Western District of Missouri, the defendant, **DEVON JORDAN PAXTON**, knowingly and intentionally possessed, with intent to distribute, any amount of a mixture or substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 4
(Possession with Intent to Distribute 50 Grams or More
of Methamphetamine (Actual); Aiding and Abetting)
21 U.S.C. § 841(a)(1) and (b)(1)(A); 18 U.S.C. § 2

Between on or about January 31, 2023, and February 2, 2023, in Greene County, in the Western District of Missouri, and elsewhere, the defendants, **MICHAEL MORTEZ STEVENSON, JR.**, and **RONALD JAMES WHITE**, aiding and abetting one another, knowingly and intentionally possessed, with intent to distribute, 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 5
(Distribution of 5 Grams or More of Methamphetamine (Actual))
21 U.S.C. § 841(a)(1) and (b)(1)(B)

On or about March 9, 2023, in Greene County, in the Western District of Missouri, the defendant, **MICHAEL MORTEZ STEVENSON, JR.**, knowingly and intentionally distributed 5 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

## COUNT 6
(Possession of Firearm in Furtherance of Drug Trafficking Crime)
18 U.S.C. § 924(c)(1)(A)

On or about March 22, 2023, in Greene County, in the Western District of Missouri, the defendant, **MICHAEL MORTEZ STEVENSON, JR.**, did knowingly possess firearms, to wit: (1) a Glock, model 19, 9mm semi-automatic pistol, bearing serial number BDMG507; and (2) a Glock, model 22, .40 caliber semi-automatic pistol, bearing serial number IM3833PD, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United

States, that is, conspiracy to distribute 50 grams or more of methamphetamine (actual), as alleged in Count 1, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 7
(Possession with Intent to Distribute 50 Grams or More
of Methamphetamine (Actual); Aiding and Abetting)
21 U.S.C. § 841(a)(1) and (b)(1)(A); 18 U.S.C. § 2

On or about June 6, 2023, in Greene and Taney Counties, in the Western District of Missouri, and elsewhere, the defendants, **JEFFREY DAVID JONES**, and **CASSIDY ELDEN CONNER**, aiding and abetting one another, knowingly and intentionally possessed, with intent to distribute, 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 8
(Distribution of 5 Grams or More of Methamphetamine (Actual))
21 U.S.C. § 841(a)(1) and (b)(1)(B)

On or about October 16, 2023, in Jasper County, in the Western District of Missouri, the defendant, **RICHARD ALLEN THOMAS**, knowingly and intentionally distributed 5 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

## COUNT 9
(Possession with Intent to Distribute Any Amount of a Mixture or Substance
Containing a Detectable Amount of Methamphetamine)
21 U.S.C. § 841(a)(1) and (b)(1)(C)

On or about November 28, 2023, in Greene County, in the Western District of Missouri, the defendant, **HEATH TROY BLANTON**, knowingly and intentionally possessed, with intent to distribute, any amount of a mixture or substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 10
(Distribution of 5 Grams or More of Methamphetamine (Actual))
21 U.S.C. § 841(a)(1) and (b)(1)(B)

On or about November 29, 2023, in Jasper County, in the Western District of Missouri, the defendant, **RICHARD ALLEN THOMAS**, knowingly and intentionally distributed 5 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

## COUNT 11
(Distribution of 50 Grams or More of Methamphetamine (Actual))
21 U.S.C. § 841(a)(1) and (b)(1)(A)

On or about December 14, 2023, in Jasper County, in the Western District of Missouri, the defendant, **RICHARD ALLEN THOMAS**, knowingly and intentionally distributed 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

## COUNT 12
(Possession with Intent to Distribute Any Amount of a Mixture or Substance
Containing a Detectable Amount of Methamphetamine)
21 U.S.C. § 841(a)(1) and (b)(1)(C)

On or about December 30, 2023, in Greene County, in the Western District of Missouri, the defendant, **DEVON JORDAN PAXTON**, knowingly and intentionally possessed, with intent to distribute, any amount of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 13
(Possession of Firearm in Furtherance of Drug Trafficking Crime)
18 U.S.C. § 924(c)(1)(A)

On or about December 30, 2023, in Greene County, in the Western District of Missouri, the defendant, **DEVON JORDAN PAXTON**, did knowingly possess a firearm, to wit: a Kimber brand, model Micro 9 Rapide, 9mm semi-automatic pistol, bearing serial number TB0085015, in furtherance of drug trafficking crimes for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute 50 grams or more of methamphetamine (actual), as alleged in Count 1, and possession with intent to distribute any amount of a mixture or substance containing a detectable amount of methamphetamine, as alleged in Count 12, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 14
(Possession of Firearm by Prohibited Person)
18 U.S.C. §§ 922(g)(1) and 924(a)(8)

On or about December 30, 2023, in Greene County, in the Western District of Missouri, the defendant, **DEVON JORDAN PAXTON**, then knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Kimber brand, model Micro 9 Rapide, 9mm semi-automatic pistol, bearing serial number TB0085015, and the firearm was in and affecting interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 15
(Distribution of 50 Grams or More of Methamphetamine (Actual))
21 U.S.C. § 841(a)(1) and (b)(1)(A)

On or about January 3, 2024, in Greene County, in the Western District of Missouri, the defendant, **DEJUAN TYRONE PARKER**, knowingly and intentionally distributed 50 grams or

more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

## COUNT 16
(Possession with Intent to Distribute Any Amount of a Mixture or Substance
Containing a Detectable Amount of Methamphetamine)
21 U.S.C. § 841(a)(1) and (b)(1)(C)

On or about January 30, 2024, in Taney County, in the Western District of Missouri, the defendant, **JEFFREY DAVID JONES**, knowingly and intentionally possessed, with intent to distribute, any amount of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 17
(Distribution of 50 Grams or More of Methamphetamine (Actual))
21 U.S.C. § 841(a)(1) and (b)(1)(A)

On or about February 6, 2024, in Greene County, in the Western District of Missouri, the defendant, **DEJUAN TYRONE PARKER**, knowingly and intentionally distributed 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

## COUNT 18
(Unlawful Use of a Communications Facility)
21 U.S.C. § 843(b)

On or about February 28, 2024, at approximately 11:58 a.m., in the Western District of Missouri, and elsewhere, the defendants, **DEJUAN TYRONE PARKER**, and **STEVEN PATRICK O'CONNELL**, did knowingly and intentionally use a communication facility, that is, a telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Sections 841 and 846, that is, conspiracy to distribute, possession with intent

9

to distribute, and distribution of methamphetamine, in violation of Title 21, United States Code, Section 843(b).

### COUNT 19
(Money Laundering – Financial Transaction – Aiding and Abetting)
18 U.S.C. § 1956(a)(1)(B)(i); 18 U.S.C. § 2

On or about March 1, 2024, at approximately 3:57 p.m., in Greene County, in the Western District of Missouri, and elsewhere, the defendants, **DEJUAN TYRONE PARKER**, **FERNANDO GARCIA**, and **VICTORIA MARIE JENKINS**, aiding and abetting one other, and others known and unknown to the Grand Jury, did knowingly and intentionally conduct or attempt to conduct a financial transaction affecting interstate commerce, to wit: a $3,000 Cash App transaction with the description "used car 🚗", said transaction involving the proceeds of specified unlawful activity, to wit: the distribution of a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and did so knowing that the transaction was designed, in whole or in part, to conceal or disguise the nature, location, source, ownership, or control of the proceeds of said specified unlawful activity, and while conducting or attempting to conduct such financial transaction, knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

### COUNT 20
(Money Laundering – Financial Transaction – Aiding and Abetting)
18 U.S.C. § 1956(a)(1)(B)(i); 18 U.S.C. § 2

On or about March 1, 2024, at approximately 5:32 p.m., in Greene County, in the Western District of Missouri, and elsewhere, the defendants, **DEJUAN TYRONE PARKER**, **FERNANDO GARCIA**, and **VICTORIA MARIE JENKINS**, aiding and abetting one other, and others known and unknown to the Grand Jury, did knowingly and intentionally conduct or

attempt to conduct a financial transaction affecting interstate commerce, to wit: a $3,000 Cash App transaction with the description "used car", said transaction involving the proceeds of specified unlawful activity, to wit: the distribution of a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and did so knowing that the transaction was designed, in whole or in part, to conceal or disguise the nature, location, source, ownership, or control of the proceeds of said specified unlawful activity, and while conducting or attempting to conduct such financial transaction, knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

## COUNT 21
(Money Laundering – Financial Transaction – Aiding and Abetting)
18 U.S.C. § 1956(a)(1)(B)(i); 18 U.S.C. § 2

On or about March 1, 2024, at approximately 6:41 p.m., in Greene County, in the Western District of Missouri, and elsewhere, the defendants, **DEJUAN TYRONE PARKER**, **FERNANDO GARCIA**, and **VICTORIA MARIE JENKINS**, aiding and abetting one other, did knowingly and intentionally conduct or attempt to conduct a financial transaction affecting interstate commerce, to wit: a $3,000 Cash App transaction with the description "used car 🚗", said transaction involving the proceeds of specified unlawful activity, to wit: the distribution of a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and did so knowing that the transaction was designed, in whole or in part, to conceal or disguise the nature, location, source, ownership, or control of the proceeds of said specified unlawful activity, and while conducting or attempting to conduct such financial transaction, knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

**COUNT 22**
(Unlawful Use of a Communications Facility)
21 U.S.C. § 843(b)

On or about March 2, 2024, at approximately 10:38 p.m., in the Western District of Missouri, and elsewhere, the defendants, **DEJUAN TYRONE PARKER**, and **ROBERT DEAN MILLER, JR.**, did knowingly and intentionally use a communication facility, that is, a telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Sections 841 and 846, that is, conspiracy to distribute, possession with intent to distribute, and distribution of methamphetamine, in violation of Title 21, United States Code, Section 843(b).

**COUNT 23**
(Unlawful Use of a Communications Facility)
21 U.S.C. § 843(b)

On or about March 2, 2024, at approximately 10:41 p.m., in the Western District of Missouri, and elsewhere, the defendants, **DEJUAN TYRONE PARKER**, and **ROBERT DEAN MILLER, JR.**, did knowingly and intentionally use a communication facility, that is, a telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Sections 841 and 846, that is, conspiracy to distribute, possession with intent to distribute, and distribution of methamphetamine, in violation of Title 21, United States Code, Section 843(b).

**COUNT 24**
(Unlawful Use of a Communications Facility)
21 U.S.C. § 843(b)

On or about March 3, 2024, at approximately 1:44 p.m., in the Western District of Missouri, and elsewhere, the defendants, **DEJUAN TYRONE PARKER**, and **STEVEN PATRICK O'CONNELL**, did knowingly and intentionally use a communication facility, that is, a telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States

Code, Sections 841 and 846, that is, conspiracy to distribute, possession with intent to distribute, and distribution of methamphetamine, in violation of Title 21, United States Code, Section 843(b).

**COUNT 25**
(Possession with Intent to Distribute 50 Grams or more of Methamphetamine (Actual))
21 U.S.C. § 841(a)(1) and (b)(1)(A)

On or about March 4, 2024, in Greene County, in the Western District of Missouri, the defendant, **BRIAN EDWARD DAVIDSON**, knowingly and intentionally possessed, with intent to distribute, 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

**COUNT 26**
(Possession of Firearm by Prohibited Person)
18 U.S.C. §§ 922(g)(1) and 924(a)(8)

On or about March 19, 2024, in Polk County, in the Western District of Missouri, the defendant, **DAWN MARIE KLAPP**, then knowing she had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit: (1) a Colt, model Frontier Scout, .22 caliber revolver, bearing serial number 13157K; (2) a Marlin, model 336, .30-30 caliber rifle, bearing serial number 18127347; (3) a Winchester, model 1200, 12-gauge shotgun, bearing serial number L663104; (4) a Ruger, model 10/22, .22 caliber rifle, bearing serial number 233-58442; (5) a Harrington & Richardson, model 088, 12-gauge shotgun, bearing serial number AZ575534; (6) a Stevens, model 820B, 12-gauge shotgun, bearing no serial number; (7) an Inland Mfg. Div., model M1 Carbine, .30 caliber rifle, serial number 6947699, and the firearms were in and affecting interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 27
(Interstate Travel for Unlawful Activity)
18 U.S.C. § 1952(a)(3)(A)

On or about March 23, 2024, in Greene County, in the Western District of Missouri, and elsewhere, the defendants, **DEJUAN TYRONE PARKER**, and **SHAUNTANONEY DAVIS**, traveled in interstate commerce from the State of California to the State of Missouri with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, the distribution of a controlled substance, in violation of 21 U.S.C. § 841(a)(1), and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity, in violation of Title 18, United States Code, Section 1952(a)(3)(A).

## COUNT 28
(Unlawful Use of a Communications Facility)
21 U.S.C. § 843(b)

On or about March 23, 2024, at approximately 2:02 p.m., in the Western District of Missouri, and elsewhere, the defendants, **DEJUAN TYRONE PARKER**, and **SHAUNTANONEY DAVIS**, did knowingly and intentionally use a communication facility, that is, a telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Sections 841 and 846, that is, conspiracy to distribute, possession with intent to distribute, and distribution of methamphetamine, in violation of Title 21, United States Code, Section 843(b).

## COUNT 29
(Unlawful Use of a Communications Facility)
21 U.S.C. § 843(b)

On or about March 26, 2024, at approximately 11:49 a.m., in the Western District of Missouri, and elsewhere, the defendants, **DEJUAN TYRONE PARKER**, and **STEVEN PATRICK O'CONNELL**, did knowingly and intentionally use a communication facility, that is, a telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Sections 841 and 846, that is, conspiracy to distribute, possession with intent to distribute, and distribution of methamphetamine, in violation of Title 21, United States Code, Section 843(b).

## COUNT 30
(Unlawful Use of a Communications Facility)
21 U.S.C. § 843(b)

On or about March 26, 2024, at approximately 11:56 a.m., in the Western District of Missouri, and elsewhere, the defendants, **DEJUAN TYRONE PARKER**, and **HEATH TROY BLANTON**, did knowingly and intentionally use a communication facility, that is, a telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Sections 841 and 846, that is, conspiracy to distribute, possession with intent to distribute, and distribution of methamphetamine, in violation of Title 21, United States Code, Section 843(b).

## COUNT 31
(Unlawful Use of a Communications Facility)
21 U.S.C. § 843(b)

On or about March 27, 2024, at approximately 9:05 p.m., in the Western District of Missouri, and elsewhere, the defendants, **DEJUAN TYRONE PARKER**, and **RICHARD ALLEN THOMAS**, did knowingly and intentionally use a communication facility, that is, a telephone, in facilitating the commission of any act or acts constituting a felony under Title 21,

United States Code, Sections 841 and 846, that is, conspiracy to distribute, possession with intent to distribute, and distribution of methamphetamine, in violation of Title 21, United States Code, Section 843(b).

**COUNT 32**
(Unlawful Use of a Communications Facility)
21 U.S.C. § 843(b)

On or about March 29, 2024, at approximately 1:49 p.m., in the Western District of Missouri, and elsewhere, the defendants, **DEJUAN TYRONE PARKER**, and **HEATH TROY BLANTON**, did knowingly and intentionally use a communication facility, that is, a telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Sections 841 and 846, that is, conspiracy to distribute, possession with intent to distribute, and distribution of methamphetamine, in violation of Title 21, United States Code, Section 843(b).

**COUNT 33**
(Money Laundering – Financial Transaction – Aiding and Abetting)
18 U.S.C. § 1956(a)(1)(B)(i); 18 U.S.C. § 2

On or about April 1, 2024, at approximately 9:42 p.m., in Greene County, in the Western District of Missouri, and elsewhere, the defendants, **DEJUAN TYRONE PARKER**, **FERNANDO GARCIA**, and **VICTORIA MARIE JENKINS**, aiding and abetting one other, did knowingly and intentionally conduct or attempt to conduct a financial transaction affecting interstate commerce, to wit: a $2,510 Cash App transaction with the description "furniture", said transaction involving the proceeds of specified unlawful activity, to wit: the distribution of a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and did so knowing that the transaction was designed, in whole or in part, to conceal or disguise the nature, location, source, ownership, or control of the proceeds of said specified unlawful activity, and while conducting or attempting to conduct such financial transaction, knew that the property

involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

## COUNT 34
(Money Laundering – Financial Transaction – Aiding and Abetting)
18 U.S.C. § 1956(a)(1)(B)(i); 18 U.S.C. § 2

On or about April 1, 2024, at approximately 9:43 p.m., in Greene County, in the Western District of Missouri, and elsewhere, the defendants, **DEJUAN TYRONE PARKER**, **FERNANDO GARCIA**, and **VICTORIA MARIE JENKINS**, aiding and abetting one other, did knowingly and intentionally conduct or attempt to conduct a financial transaction affecting interstate commerce, to wit: a $2,500 Cash App transaction with the description "rims and tires", said transaction involving the proceeds of specified unlawful activity, to wit: the distribution of a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and did so knowing that the transaction was designed, in whole or in part, to conceal or disguise the nature, location, source, ownership, or control of the proceeds of said specified unlawful activity, and while conducting or attempting to conduct such financial transaction, knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

## COUNT 35
(Distribution of 50 Grams or More of Methamphetamine (Actual))
21 U.S.C. § 841(a)(1) and (b)(1)(A)

On or about April 2, 2024, in Jasper County, in the Western District of Missouri, the defendant, **RICHARD ALLEN THOMAS**, knowingly and intentionally distributed 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

## COUNT 36
(Unlawful Use of a Communications Facility)
21 U.S.C. § 843(b)

On or about April 3, 2024, at approximately 10:16 p.m., in the Western District of Missouri, and elsewhere, the defendants, **DEJUAN TYRONE PARKER**, and **STEVEN PATRICK O'CONNELL**, did knowingly and intentionally use a communication facility, that is, a telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Sections 841 and 846, that is, conspiracy to distribute, possession with intent to distribute, and distribution of methamphetamine, in violation of Title 21, United States Code, Section 843(b).

## COUNT 37
(Interstate Travel for Unlawful Activity)
18 U.S.C. § 1952(a)(3)(A)

Between on or about May 9, 2024, and May 10, 2024, in Greene County, in the Western District of Missouri, and elsewhere, the defendants, **DEJUAN TYRONE PARKER**, and **TREASURE LASHANE WHITE**, traveled in interstate commerce from the State of California to the State of Missouri with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, the distribution of a controlled substance, in violation of 21 U.S.C. § 841(a)(1), and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity, in violation of Title 18, United States Code, Section 1952(a)(3)(A).

## COUNT 38
(Possession with Intent to Distribute 50 Grams or More
of Methamphetamine (Actual); Aiding and Abetting)
21 U.S.C. § 841(a)(1) and (b)(1)(A); 18 U.S.C. § 2

Between on or about May 9, 2024, and May 10, 2024, in Greene County, in the Western District of Missouri, and elsewhere, the defendants, **DEJUAN TYRONE PARKER**, and

18

Case 6:24-cr-03065-SRB   Document 70   Filed 02/26/25   Page 18 of 20

**TREASURE LASHANE WHITE**, aiding and abetting one another, knowingly and intentionally possessed, with intent to distribute, 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A), all in violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

The allegations contained in Count 1 above are hereby incorporated as though fully set forth herein for the purpose of charging criminal forfeiture to the United States of America pursuant to Title 21, United States Code, Section 853.

As a result of committing the controlled substance offense alleged in Count 1 of this Superseding Indictment, **DEJUAN TYRONE PARKER**, **TREASURE LASHANE WHITE**, **FERNANDO GARCIA**, **MICHAEL MORTEZ STEVENSON, JR.**, **STEVEN PATRICK O'CONNELL**, **RICHARD ALLEN THOMAS**, **HEATH TROY BLANTON**, **RONALD JAMES WHITE**, **DEVON JORDAN PAXTON**, **BRIAN EDWARD DAVIDSON**, **ROBERT DEAN MILLER, JR.**, **JEFFREY DAVID JONES**, **CASSIDY ELDEN CONNER**, **DESHAUNDA NICOLE WELLS**, **SHAUNTANONEY DAVIS**, and **DAWN MARIE KLAPP**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from any proceeds obtained directly or indirectly, as a result of the said violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to a forfeiture money judgment representing proceeds the defendants personally obtained, directly and indirectly, as a result of their participation in the drug conspiracy alleged in Count 1.

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

**A TRUE BILL**

*SIGNATURE ON FILE WITH USAO*
**FOREPERSON OF THE GRAND JURY**

*/s/ Jessica R. Eatmon*
**JESSICA R. EATMON**
Assistant United States Attorney

DATED:   *2/26/2025*
        Springfield, Missouri